Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Tel: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
JAMES RUTHERFORD

John H. Everett, Esq. (Bar No. 95120)
**LAW OFFICES OF JOHN H. EVERETT**
600 West Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 294-2200
Facsimile: (619) 294-2300

Attorneys for Defendant, WILLSHARE GROUP, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WILLSHARE GROUP LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-00528-ODW-KK<br><br>Hon. Otis D. Wright<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  March 13, 2020<br>Trial Date:  None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, JAMES RUTHERFORD, and Defendant, WILLSHARE GROUP LLC (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: December 18, 2020              **MANNING LAW, APC**

                                                By:    */s/ Joseph R. Manning, Jr. Esq.*
                                                          Joseph R. Manning, Jr., Esq.
                                                          Attorneys for Plaintiff,
                                                          James Rutherford

Dated: December 18, 2020              **LAW OFFICES OF JOHN H. EVERETT**

                                                By:    */s/ Douglas A. Linde*
                                                          Douglas A. Linde
                                                          Attorney for Defendant,
                                                          V.E.R.D., INC.

## **CERTIFICATE OF SERVICE**

I certify that on December 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                                              Respectfully submitted,

Dated: December 18, 2020              **MANNING LAW, APC**

                                                By:    */s/ Joseph R. Manning, Jr. Esq.*
                                                          Joseph R. Manning, Jr., Esq.
                                                          Attorneys for Plaintiff
                                                          James Rutherford